UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Robert Fleming, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.: H-15-75 |
| | § | |
| The Momenta Group, LLC., et al, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

As the jury has returned its verdict in favor of the Plaintiff, Robert Fleming, the Court hereby

ORDERS that final judgment be entered in favor of the Plaintiff in the amount of $53,573.11. This is a FINAL JUDGMENT.

Signed at Houston, TX on the ___19___ day of May, 2016.

_____
DAVID HITTNER
United States District Judge